Louis J. Cisz III, State Bar No. 142060
lcisz@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

and

Frank Hamblett, Esq.
fhamblett@nixonpeabody.com
Catherine Ng, Esq.
cng@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone:  (617) 345-1000

Attorneys for Creditor WILMINGTON TRUST
COMPANY AS INDENTURE TRUSTEE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>FIRSTFED FINANCIAL CORP.,<br><br>　　　　　　　　Debtor. | Case No. 2:10-bk-12927-ER<br><br>**Chapter 11**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. (the "Bankruptcy Rules")  2002 and 9019(b), Nixon Peabody LLP ("Nixon Peabody") hereby enters its appearance on behalf of

-1-

Wilmington Trust Company as Indenture Trustee[1] (when acting in such capacity, the "<u>Indenture Trustee</u>") in the above-captioned bankruptcy cases. Nixon Peabody requests that all notices given or required to be given and all papers served in these cases be given and served upon the following persons:

| | |
|---|---|
| NIXON PEABODY LLP<br>Catherine Ng, Esq.<br>Frank Hamblett, Esq.<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br>cng@nixonpeabody.com<br>fhamblett@nixonpeabody.com | WILMINGTON TRUST COMPANY<br>Patrick J. Healy<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-1000<br>phealy@wilmingtontrust.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of title 11, United States Code, the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect or seeks to affect in any way the above-captioned Debtors or property of the debtors, or any of the rights, or interests held or asserted by the Indenture Trustee with respect to the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Indenture Trustee, including, without limitation, to: (a) require that where any adversary proceeding is to be initiated against the Indenture Trustee in these or any related cases or where any proceeding is to be initiated by complaint against the Indenture Trustee under applicable non-bankruptcy law, service shall be made upon the Indenture

---

[1] Wilmington Trust Company acts as the Indenture Trustee on behalf of the holders of the (i) Fixed/Floating Rate Senior Debt Securities Due 2015, (ii) Fixed/Floating Rate Senior Debt Securities Due 2016 and (iii) Fixed/Floating Rate Senior Debt Securities Due 2017, each issued by the Debtor.

-2-

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS
CASE NO.: 2:10-BK-12927-ER

12880360.1

1  Trustee in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and

2  applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such

3  purposes; (b) have final orders in non-core matters entered only after de novo review by the United

4  States District Court for the Central District of California (the "District Court"); (c) trial by jury in

5  any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases;

6  (d) have the District Court withdraw the reference in any matter subject to mandatory or discretionary

7  withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which the

8  Indenture Trustee is or may be entitled in law or at equity, all of which rights, claims, actions,

9  defenses, setoffs or recoupments the Indenture Trustee expressly reserves and asserts.

Dated:  February 5, 2010

                                NIXON PEABODY LLP


                        By:     */s/ Louis J. Cisz*
                                Louis J. Cisz, III,
                                Attorneys for Creditor
                                WILMINGTON TRUST COMPANY
                                AS INDENTURE TRUSTEE

-3-

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS
CASE NO.: 2:10-BK-12927-ER

12880360.1