NOSSAMAN LLP
ALLAN H. ICKOWITZ (Cal. State Bar No. 80994)
JOHN W. KIM (Cal. State Bar No. 216251)
445 S. Figueroa Street, 31st Floor
Los Angeles, California 90071-1602
Telephone: (213) 612-7800
Fax: (213) 612-7801
aickowitz@nossaman.com
jkim@nossaman.com

and

Kathryn R. Norcross
Senior Counsel
Timothy F. Danello
Counsel
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive, VS-D-7120
Arlington, Virginia 22226
Telephone: (703) 562-6338

Attorneys for
The Federal Deposit Insurance Corporation
as Receiver of First Federal Bank of California,
a Federal Savings Bank

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | Case No.: 2:10-bk-12927-ER |
| FIRSTFED FINANCIAL CORP., | ) | |
| | ) | |
| Debtor and | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| Debtor-in-Possession. | ) | **FOR SPECIAL NOTICE OF THE FEDERAL** |
| | ) | **DEPOSIT INSURANCE CORPORATION AS** |
| | ) | **RECEIVER OF FIRST FEDERAL BANK OF** |
| | ) | **CALIFORNIA, A FEDERAL SAVINGS** |
| | ) | **BANK** |
| | ) | |

**TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that The Federal Deposit Insurance Corporation as Receiver of First Federal Bank of California, a Federal Savings Bank (*"FDIC-R"*), by and through its counsel, Nossaman

LLP, hereby files its notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and hereby requests, pursuant to Section 1109(b) of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "**Bankruptcy Code**") and Bankruptcy Rules 2002, 3017, 9007 and 9010, that all notices given or required to be given, and all papers served in this case, in any other related matter, or in adversary proceeding(s) related thereto, be delivered to and served upon the undersigned counsel **via electronic mail** as follows:

>Allan H. Ickowitz, Esq.
>John W. Kim, Esq.
>Nossaman LLP
>445 S. Figueroa Street, 31st Floor
>Tel (213) 612-7800
>Fax (213) 612-7801
>aickowitz@nossaman.com
>jkim@nossaman.com

Neither this Notice of Appearance and Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver by the FDIC-R of any: (a) right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (b) right to trial by jury in any proceeding as to any and all matters so triable therein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, whether or not such jury trial right is pursuant to statute or the United States Constitution; (c) right to have the reference of this matter or any proceedings related hereto withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; or (d) other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution. All of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this matters.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 3017(a) of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Code Section and Rules, but also includes, without limitation, all orders and notices of orders, applications, motions, memoranda,

1 | declarations, disclosure statements, answering or reply papers, petitions, pleadings, requests, complaints
2 | or demands, whether formal or informal, written or oral, or whether transmitted or conveyed by mail
3 | delivery, telephone, telegraph, telex, telecopy, personal delivery or otherwise, which are served or
4 | otherwise affect the Debtor or its property, the FDIC-R, this case or any other adversary proceeding
5 | related thereto.

Dated: February 19, 2010

NOSSAMAN LLP
ALLAN H. ICKOWITZ
JOHN W. KIM

     – and –

FEDERAL DEPOSIT INSURANCE CORPORATION
LEGAL DIVISION
KATHRYN R. NORCROSS
TIMOTHY F. DANELLO

By: _____
JOHN W. KIM
ATTORNEYS FOR THE FEDERAL DEPOSIT
INSURANCE CORPORATION AS RECEIVER OF FIRST
FEDERAL BANK OF CALIFORNIA, A FEDERAL
SAVINGS BANK

| In re: FIRSTFED FINANCIAL CORP. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-12927-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Nossaman LLP, 445 S. Figueroa Street, 31st floor, Los Angeles, CA 90071**

The foregoing document described **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE OF THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF FIRST FEDERAL BANK OF CALIFORNIA, A FEDERAL SAVINGS BANK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 19, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **February 19, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 19, 2010 | Mitchi Shibata | /s/ Mitchi Shibata |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                    **F 9013-3.1**

| In re: FIRSTFED FINANCIAL CORP.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 2:10-bk-12927-ER |
|---|---|

## SERVICE LIST

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Louis J Cisz   lcisz@nixonpeabody.com
Jon L Dalberg   jdalberg@lgbfirm.com, ncereseto@lgbfirm.com
John W Kim   jkim@nossaman.com
S Margaux Ross   margaux.ross@usdoj.gov
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

### II. SERVED BY U.S. MAIL

FirstFed Financial Corp.
6320 Canoga Ave., #1551
Woodland Hills, CA 91367

John L. Dalberg
Landau Gottfried & Berger LLP
1801 Century Pk East, Ste. 1460
Los Angeles, CA 90067

Manatt, Phelps & Phillips LLP
11355 West Olympic Blvd
Los Angeles, CA 90064-1614

S Margaux Ross
21051 Warner Ctr Ln Ste 115
Woodland Hills, CA 91367

*U.S. Trustee*
United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                        **F 9013-3.1**