LANDAU GOTTFRIED & BERGER LLP
JON L.R. DALBERG (State Bar No. 128259)
RODGER M. LANDAU (State Bar No. 151456)
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
rlandau@lgbfirm.com
jdalberg@lgbfirm.com

Counsel for FirstFed Financial Corp.

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

FIRSTFED FINANCIAL CORP.,

    Debtor and
    Debtor-in-Possession.

Bk. No. 2:10-bk-12927-ER

Chapter 11

**DEBTORS' APPLICATION TO EMPLOY HUTCHINSON & BLOODGOOD LLP TO REVIEW, CONSOLIDATE AND ELECTRONICALLY FILE TAX RETURNS; DECLARATION OF MICA MIYAMOTO IN SUPPORT HEREOF**

[No Hearing Required Unless Requested Per L.B.R. 9013-1(o)]

LANDAU
GOTTFRIED &
BERGER LLP

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE AND ALL INTERESTED PARTIES:**

FirstFed Financial Corp., debtor and debtor-in-possession, ("FirstFed" or the "Debtor"), hereby submits this application (the "Application") requesting approval to retain and employ Hutchinson & Bloodgood LLP ("H&B") in the above-captioned Chapter 11 case, to review and consolidate tax schedules prepared by the Debtor and file the Debtor's federal tax returns for the tax year ended December 31, 2009, and prepare an application for a refund, to carry back the 2009 net operating loss and unused tax credits ("Returns").

This Application is brought pursuant to sections 327, 328(a) and 330 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Bankruptcy Rule 2014-1, the Guide to Applications for Employment of Professionals and Treatment of Retainers issued by the Office of the United States Trustee ("OUST"), and is based on the statements contained herein and on the supporting Declaration of Mica Miyamoto (the "Miyamoto Declaration"). In support of the Application, the Debtor respectfully represents as follows:

**I.     BACKGROUND.**

The Debtor filed a voluntary petition (the "Petition") under chapter 11 ("Chapter 11") of the Bankruptcy Code, on January 6, 2010 (the "Petition Date"), thereby commencing the captioned Chapter 11 case (the "Chapter 11 Case"). The Debtor has operated as a debtor-in-possession since the Petition Date. No trustee or examiner has been appointed in the Chapter 11 Case. No committee of creditors holding unsecured claims has been appointed under 11 U.S.C. § 1102 in the Chapter 11 Case.

**II.    PROPOSED EMPLOYMENT AND SCOPE OF SERVICES.**

**A.    QUALIFICATIONS OF H&B.**

A principal asset of the Debtor's estate is the Debtor's claim for a refund of federal taxes paid in prior years. As a result of the November 6, 2009 enactment of Worker, Homeownership, and Business Assistance Act of 2009 (the "WHBAA"), businesses are permitted to carry back net operating losses from 2008 and 2009 for up to five years. Using the services of its former

Controller, Brenda Battey, the Debtor has prepared tax schedules for the tax year ended December 2009, which (based on the WHBBA) includes a claim for refunds based on loss carrybacks for the tax years 2004, 2005 and 2007, which the Debtor believes will result in a refund of approximately $90 million being due. A copy of the Debtor's Notice of Setting/Increasing Insider Compensation, dated February 17, 2010 and filed with the OUST, which sets forth the services performed by Ms. Battey and her compensation is attached as Exhibit "A" hereto.

However, the Debtor does not have the capability to file its federal Returns electronically, as is now required of the Debtor by applicable rules of the Internal Revenue Service. Accordingly, the Debtor wishes to employ H&B, which has the ability to file the Returns electronically, to review and consolidate the Debtor's tax schedules prepared by Ms. Battey and file the Debtor's Returns.

Based on H&B's expertise and experience, and its ability to file the Returns electronically, the Debtor believes that H&B is well qualified to perform these services. A description of H&B is attached as Exhibit "2" to the Miyamoto Declaration.

**B.   COMPENSATION OF H&B BY THE DEBTOR AND OTHER DISCLOSURES.**

Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guides, and this Court's rules and orders, the Debtor proposes to pay H&B the amount of $23,000.00 for its services, together with any reasonable and necessary out-of-pocket expenses incurred, including, without limitation, the costs of transportation, telephone, copying, and messenger services. The Debtor believes that such compensation is reasonable. The Debtor was given a quote of $75,000 by Ernst & Young to prepare the Returns and file them. By contrast, the Debtor estimates that it will pay Ms. Battey $20,000 to prepare the Returns. Thus, the combined cost to the Debtor of Ms. Battey's services in preparing the Returns and H&B's services in reviewing and consolidating the Debtor's tax schedules prepared by Ms. Battey and filing the Returns will be approximately $43,000, representing a substantial savings to the Debtor.

H&B understands that its compensation in this case is subject to the prior approval of this Court. No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 328(a), 330, and 331 of the Bankruptcy Code,

Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1 and the Guide to Applications for Professional Compensation issued by the Office of the United States Trustee. To the extent any fees or expenses paid to H&B on an interim basis are disallowed by this Court, H&B understands that such disallowed amounts may be ordered disgorged by H&B and returned to the Debtor

### III. H&B'S PROSPECTIVE EMPLOYMENT COMPLIES WITH THE BANKRUPTCYCODE, THE BANKRUPTCY RULES, THE LOCAL BANKRUPTCY RULES AND THE GUILDELINES OF THE OFFICE OF THE UNITED STATES TRUSTEE.

1. **Absence of Adverse Interests:**

To the best of the Debtor's knowledge and based upon the Miyamoto Declaration attached hereto, H&B does not hold or represent any interest adverse to the interests of the Debtor's estate.

2. **Disclosure of Employment Agreement**.

Other than an Engagement Agreement, dated as of March 1, 2010 ("Engagement Agreement") between Debtor and H&B, no separate written agreement exists pertaining to H&B's employment in connection with this case. The primary terms of the Engagement Agreement are set forth in this Application. The Engagement Agreement will be provided to the Court upon request of the same.

3. **Absence of Prepetition Claim.**

H&B has no prepetition claims against the Debtor.

4. **Absence of Conflict of Interest .**

To the best of the Debtor's knowledge, and based upon the attached Miyamoto Declaration, H&B does not have any connection with the Debtor, its significant creditors and other significant parties in interest, their attorneys, or to a judge of this Court or the United States Trustee for this region. H&B is continuing its connections check and, to the extent it discovers material facts or relationships that it deems require disclosure, it will provide the Court with supplemental disclosure.

To the best of the Debtor's knowledge and based on the Miyamoto Declaration, H&B does not have any interest adverse to the Debtor or the estate. To the best of the Debtor's knowledge and

based on the Miyamoto Declaration, H&B is a "disinterested person" under applicable sections of the Bankruptcy Code.

5. **Awareness of and Compliance With Applicable Law**.

H&B is familiar with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the Guidelines of the Office of the United States Trustee and will comply with them.

6. **Effective Date of the Employment:**

The Applicant requests that H&B's employment be approved as of March 1, 2010, the date upon which the Engagement Agreement retaining H&B (subject to this Court's approval) was fully executed.

**WHEREFORE,** the Debtor respectfully requests that it be authorized to employ H&B to review and consolidate the Debtor's tax schedules and file the Debtor's Returns and to render such other services as the Debtor may require in connection with the foregoing, with compensation of H&B and reimbursement of its expenses to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated: March 2, 2010

LANDAU GOTTFRIED & BERGER LLP
JON L.R. DALBERG
RODGER M. LANDAU

By: /s/ Jon L.R. Dalberg
Jon L.R. Dalberg
Counsel for FirstFed Financial Corp.

EXHIBIT A

| Attorney Name, Address, Telephone and FAX<br>Landau Gottfried & Berger LLP<br>Jon L.R. Dalberg<br>1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067<br>Telephone: (310) 557-0050<br>Fax: (310) 557-0056 | File with U.S. TRUSTEE Only |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>FirstFed Financial Corp.<br>Debtor(s) | Chapter 11 Case Number<br>2:10-bk-12927-ER |
| **NOTICE OF SETTING/INCREASING INSIDER COMPENSATION** | |

| | |
|---|---|
| 1. Name of Insider: | Brenda J. Battey |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Officer |
| 3. Date when relationship with Debtor commenced: | 1987 |
| 4. Position title: | Tax Accountant |
| 5. Position Description: | Responsible for preparation of the Debtor's Federal and State tax returns for tax year ended December 31, 2009 (the "Returns") and related tasks, including, if necessary, filing for extensions of time to file the Returns. |
| 6. Assigned Duties: | See #5 above |
| 7. Date employed in current position: | February 15, 2010 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | Prior to December 18, 2009, Ms. Battey was an employee of the Debtor's wholly-owned subsidiary, First Federal Bank of California ("Bank"). While an employee of the Bank, Ms. Battey also served as Senior Vice President, Controller of Debtor, an officer position. Ms. Battey is no longer an employee of the Bank; she would be working only for the Debtor. Ms. Battey's total compensation from the Debtor will be $20,000 for performing the services described in Item #5 above. It is anticipated that it will take Ms. Battey approximately one month to complete these services. |
| 9. Number of hours worked per week: | 40 |
| 10. Total amount of compensation and payment interval: | $20,000.00 monthly, payable in arrears. It is anticipated that it will take Ms. Battey approximately one month to complete the services relating to the Returns. |

Revised February 2002    INSIDI    **Exhibit A**    ge 1 of 2)    USTLA-12

6

| | |
|---|---|
| 11. Breakdown of compensation (specify amount and payment interval. | See Item # 10 above. |
| Salary: | See Item # 10 above. |
| Perquisites (total, detail below): | None |
| Car Allowance: | None |
| Medical Insurance: | None |
| Life Insurance: | None |
| Business Expenses: | Reimbursed as incurred |
| Other (Specify): | None |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Cash of the Debtor |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtors business and the amount of its claim: | N/A |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | None, as insider received all compensation, and other perquisites through the Debtor's wholly-owned bank subsidiary. See Item #8 above. |
| Compensation: | |
| Loans: | |
| Perquisites (Specify): | |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:_____                    _____

_____                          _____

Print Name and Title of Authorized Agent for Debtor     Signature of Authorized Agent for Debtor

> Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
> If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
> If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

Revised February 2002          INSID    **Exhibit A**    ge 2 of 2)         USTLA-12

7

| | |
|---|---|
| 11. Breakdown of compensation (specify amount and payment interval. | See Item # 10 above. |
| Salary: | See Item # 10 above. |
| Perquisites (total, detail below): | None |
| Car Allowance: | None |
| Medical Insurance: | None |
| Life Insurance: | None |
| Business Expenses: | Reimbursed as incurred |
| Other (Specify): | None |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Cash of the Debtor |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtors business and the amount of its claim: | N/A |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | None, as insider received all compensation, and other perquisites through the Debtor's wholly-owned bank subsidiary. See Item #8 above. |
| Compensation: | |
| Loans: | |
| Perquisites (Specify): | |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: _2/12/10_

_Babette Heimbuch, CEO_
Print Name and Title of Authorized Agent for Debtor        Signature of Authorized Agent for Debtor

---

Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

---

Revised February 2002            INSIDER COMPENSATION (Page 2 of 2)            USTLA-12

Exhibit A

| In re: | | CHAPTER 11 |
|---|---|---|
| FirstFed Financial Corp. | Debtor(s). | CASE NUMBER 2:10-bk-12927-ER |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

A true and correct copy of the foregoing document described
**NOTICE OF SETTING/ INCREASING INSIDER COMPENSATION**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On February 17, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 17, 2010 | Katherine Moss | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved f(    Exhibit A    cy Court for the Central District of California.

January 2009
9013-3.1    9    F

| In re: FirstFed Financial Corp. | Debtor(s). | CHAPTER 11 <br> CASE NUMBER 2:10-bk-12927-ER |
|---|---|---|

## II. SERVED BY U.S. MAIL

Honorable Ernest Robles
USBC - Central District of California
255 East Temple Street, Suite 1560
Los Angeles, CA 90012

**U.S. Trustee**
Office of the United States Trustee
ATTN: Gary Baddin/ Susan Trevino/ Dare Law
725 S. Figueroa St., Ste. 2600
Los Angeles, CA 90017

**Debtor**
FirstFed Financial Corp.
6320 Canoga Ave., Suite 1551
Woodland Hills, CA 91367

**Proposed Special Counsel for Debtor**
Ivan L. Kallick
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064

Ellen R. Marshall
MANATT, PHELPS & PHILLIPS, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, California 92626

**Creditors with 20 Largest Claims**
Delaware Division of Corporations
ATTN Mazie Kramer
401 Federal Street, Ste. 4
Dover, DE 19901

FBR Capital Markets
1001 Nineteenth Street North
Arlington, VA 22209

First Federal Bank of California
12555 West Jefferson Blvd
Los Angeles, CA 90066

Securities and Exchange Commission
ATTN: S. Lavigna, Esq.
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

Grant Thornton LLP
1000 Wilshire Blvd Suite 300
Los Angeles, CA 90017

Grazia M Galuppo
27145 Manor Circle
Santa Clarita, CA 91354

Hexagon Securities LLC
555 Madison Ave 25th Floor
New York, NY 10022

HQ Global Workplaces
6320 Canoga Avenue Suite 1500
Woodland Hills, CA 91367

Manatt Phelps & Phillips LLP
695 Town Center Drive 14th Floor
Costa Mesa, CA 92626

Morrison and Foerster LLP
555 West Fifth Street Suite 3500
Los Angeles, CA 90013

Nixon Peabody LLP
Catherine Ng, Esq./ Frank Hamblett, Esq.
100 Summer Street
Boston, Massachusetts 02110

Nixon Peabody LLP
ATTN Louis J. Cisz, III
One Embarcadero Center, 18th Floor
San Francisco, CA 94111

Registrar and Transfer Company
ATTN Dan Flynn
10 Commerce Drive
Cranford, NJ 07016

R R Donnelley
333 South Grand Ave
Los Angeles, CA 90071

Wilmington Trust Company
ATTN Patrick Healy
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

## DECLARATION OF MICA MIYAMOTO.

I, MICA MIYAMOTO, declare and state as follows:

1. I make this declaration in support of this application (the "Application") filed by FirstFed Financial Corp. (the "Debtor") in the above-captioned Chapter 11 case (the "Bankruptcy Case") to employ Hutchinson & Bloodgood LLP ("H&B") to review and consolidate tax schedules prepared by the Debtor and file the Debtor's federal tax returns for the tax year ended December 31, 2009, and prepare an application for a refund, to carry back the 2009 net operating loss and unused tax credits ("Returns").

2. H&B's address, business telephone number, and facsimile number are as follows:

Hutchinson & Bloodgood LLP
101 N Brand Blvd., Suite 1600
Glendale, CA 91203

Tel: 818-637-5000
Fax: 818-240-0949

3. I am a partner at H&B, and will be the person with primary responsibility in connection with the services that H&B will provide the Debtor. I am a certified public accountant with long-standing experience in providing tax consulting, preparation and filing services. A copy of my resume is attached as Exhibit "1" hereto. A description of H&B and the services it provides is attached as Exhibit "2" hereto.

4. Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guides, and this Court's rules and orders, I am advised and believe that the Debtor proposes to pay H&B the amount of $23,000.00 for its services, together with any reasonable and necessary out-of-pocket expenses incurred, including, without limitation, the costs of transportation, telephone, copying, and messenger services.

6. To the best of my knowledge, H&B does not have any connection with the Debtor, the Debtor's significant creditors or other significant parties in interest, attorneys, or to a judge of this Court or the United States Trustee for this region. H&B is continuing my connections check and, to the extent H&B discovers material facts or relationship that it deems to require disclosure, H&B will provide the Court with supplemental disclosure.

7. To the best of my knowledge, H&B is not a creditor, equity security holder, or an "insider" of the Debtor as that term is defined in applicable provisions of the Bankruptcy Code.

8. H&B is not and was not, within two years before the date of the filing of the petition,

LANDAU
GOTTFRIED &
BERGER LLP

1 | a director, officer, or employee of the Debtor.

2 |     9.    To the best of my knowledge, H&B is a "disinterested person" under applicable sections of the Bankruptcy Code.

I declare under penalty or perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: March 2, 2010

By: _____
MICA MIYAMOTO

LANDAU & BERGER LLP

12

# EXHIBIT 1



## Mica K. Miyamoto
101 N. Brand Blvd., Suite 1600, Glendale, CA 91203
818.637.5000 ph/ 818.254.7520 fax
mmiyamoto@hbllp.com

**PROFESSIONAL EXPERIENCE**
- 2003   Elected Partner
- 1997   Joined Hutchinson and Bloodgood LLP
- 1994   Joined KPMG LLP Tax Group
- 1991   Joined Teledyne, Inc. Corporate Tax Department

**EDUCATION**
- 2001   Golden Gate University, M.S. Taxation
- 1997   CPA Certificate Awarded
- 1990   UCLA, B.A. in Economics

**SPECIALIZATION**
Tax preparation, planning and strategy
- Closely-held businesses and their owners
- Banking, law firms, real estate
- Multi-state and international operations
- Mergers & acquisitions

**PROFESSIONAL ORGANIZATIONS**
- American Institute of Certified Public Accountants
- Nikkei Senior Gardens
- Healthcare Foundation at Glendale Adventist Medical Center
- West Glendale/Gateway Kiwanis
- Pacific Business Resource Group
- Hutchinson and Bloodgood Tax Committee

**PERSONAL**
Mica is married and has two daughters (5-year old and 2-year old). In his spare time, Mica can be often be found at Descanso Gardens, the LA Zoo, the Natural History Museum, or the Rose Bowl spending time with his family. Mica prides himself on providing quality advice in a timely manner to his clients.

Exhibit 1

# EXHIBIT 2



INDUSTRIES | FINANCIAL INSTITUTIONS

# delivering value

Managers of Financial Institutions turn to Hutchinson and Bloodgood LLP for guidance and cost-effective business solutions. Our Financial Services Group provides a dedicated team approach. In a time of complex changes, our experience and knowledge of financial operations can help mange your financial institution.

HUTCHINSON and BLOODGOOD LLP
CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

Exhibit 2

# THE FINANCIAL SERVICES GROUP

**REALIZING VALUE**

Hutchinson and Bloodgood LLP provides financial institutions with solutions in a time of complex changes. Our Financial Services Group, which covers four offices, has a team of experienced financial services providers as well as a strategic alliance with other regional accounting firms throughout the nation.

**FULL RANGE OF AUDIT, TAX AND CONSULTING SERVICES**

For over 30 years, our professionals have made it their business to know the challenges facing financial institutions. We provide a variety of services to help our clients face these challenges and pursue opportunities.

**FINANCIAL SERVICES:**
- FINANCIAL STATEMENT AUDITS
- TAX PLANNING AND COMPLIANCE
- INFORMATION TECHNOLOGY AUDITS
- OPERATIONAL AND COMPLIANCE REVIEWS
- CREDIT REVIEWS
- INTEREST RATE RISK REVIEWS
- INFORMATION TECHNOLOGY CONSULTING
- STRATEGIC CAPITAL AND PROFIT PLANNING
- SEC/OCC REPORTING AND CONSULTING
- INDEPENDENT RISK ASSESSMENTS
- TRUST COMPANY REVIEWS
- MERGER AND ACQUISITION SERVICES
- BUSINESS ADVISORY SERVICES
- EMPLOYEE BENEFIT PLANS

**GLOBAL REACH, LOCAL EXPERTISE**

Hutchinson and Bloodgood LLP has memberships in the following professional organizations: Community Bankers of California, California Bankers Association, California Mortgage Banking Association, American Institute of Certified Public Accountants and California Society of Certified Public Accountants.

We are also a member of Polaris International, an association of independent accounting and consulting firms. Polaris International member firms serve over 300 financial institutions. Hutchinson and Bloodgood LLP's Partners are represented on Polaris International Financial Services Committee Task Force.

As a regional firm with access to national resources, Hutchinson and Bloodgood LLP develops relationships based on personal attention. For more information about our Financial Services Group, contact your local office or visit www.hbllp.com.

HUTCHINSON and BLOODGOOD



Exhibit 2

DIEGO 497.2415    WATSONVILLE 831.724.2441    EL CENTRO 760.352.1021

15

| In re: | | CHAPTER 11 |
|---|---|---|
| FirstFed Financial Corp. | Debtor(s). | CASE NUMBER 2:10-bk-12927-ER |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

A true and correct copy of the foregoing document described
**DEBTORS' APPLICATION TO EMPLOY HUTCHINSON & BLOODGOOD LLP TO REVIEW, CONSOLIDATE AND ELECTRONICALLY FILE TAX RETURNS; DECLARATION OF MICA MIYAMOTO IN SUPPORT HEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 2, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

John W. Kim, Esq.            jkim@nossaman.com
Louis J Cisz                 lcisz@nixonpeabody.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On March 2, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 2, 2010 | Katherine Moss | /s/ Katherine Moss |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
9013-3.1                    16                                                F

| In re: | | CHAPTER 11 |
|---|---|---|
| FirstFed Financial Corp. | | |
| | Debtor(s). | CASE NUMBER 2:10-bk-12927-ER |

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

Honorable Ernest Robles
USBC - Central District of California
255 East Temple Street, Suite 1560
Los Angeles, CA 90012

**U.S. Trustee**
Office of the United States Trustee
ATTN: Gary Baddin/ Susan Trevino/ Dare Law
725 S. Figueroa St., Ste. 2600
Los Angeles, CA 90017

**Debtor**
FirstFed Financial Corp.
6320 Canoga Ave., Suite 1551
Woodland Hills, CA 91367