1 | LANDAU GOTTFRIED & BERGER LLP
JON L.R. DALBERG (State Bar No. 128259)
2 | RODGER M. LANDAU (State Bar No. 151456)
1801 Century Park East, Suite 1460
3 | Los Angeles, California  90067
Telephone: (310) 557-0050
4 | Facsimile: (310) 557-0056
jdalberg@lgbfirm.com
5 | rlandau@lgbfirm.com

FILED & ENTERED

APR 15 2010

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

Counsel for FirstFed Financial Corp.

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | Case No.: 2:10-bk-12927-ER |
|---|---|
| FIRSTFED FINANCIAL CORP,  | Chapter 11 |
| Debtor and Debtor-in-Possession. | **ORDER (I) ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM OR INTEREST; AND (II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF** |
| | [No hearing required pursuant to L.B.R. 9013-1(o)] |

LANDAU GOTTFRIED
& BERGER LLP

The Court, having read and considered the Debtor's *"Motion for Entry of Order (I) Establishing Bar Dates for Filing Proofs of Claims or Interests; and (II) Approving the Form and Manner of Notice Thereof"* and the *Declaration of Jon L.R. Dalberg* in support thereof (Docket No. 28) (the "Motion"), finding that notice of the Motion was adequate and appropriate under the circumstances, no opposition having been filed, and good cause appearing therefor,[1]

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** in its entirety.

2. **May 20, 2010** (the "Bar Date") is the last day for creditors of the Debtor to file proofs of claim against the Debtor's estate.

3. Any creditor that is required to file but fails to timely file a proof of claim in accordance with the procedures set forth herein on or before the Bar Date or such other date established hereby (as applicable) or by other order of this Court, may result in the disallowance of the claim or subordination under the terms of a plan of liquidation without further notice or hearing.

4. **July 5, 2010** is the last date for Governmental Units to file proofs of claim against the Debtor's estate for Claims arising on or before the Petition Date (the "Governmental Bar Date").

5. The Bar Date Notice, substantially in the form attached to the Motion as Exhibit A, is hereby approved. No later than five (5) business days after the entry of this Order, the Debtor shall serve the Bar Date Notice by first class mail on all creditors, indenture trustees and parties requesting special notice as required by Bankruptcy Rule 2002(a)(7).

6. All persons or entities holding Claims against the Debtor (whether secured, priority or unsecured) that arose prior to the Petition Date are required to file proofs of claim by the Bar Date, unless such Claims are "Excluded Claims". Excluded Claims are defined as the following:

   (i) Claims listed in the Debtor's Schedules of Assets and Liabilities, or any amendments thereto (collectively, the "Schedules"), that are not designated therein as "contingent," "unliquidated" or "disputed" and that are not disputed by the holders thereof as to amount or classification;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(ii) Claims on account of which a proof of claim already has been duly filed with the Bankruptcy Court; <u>provided</u>, <u>however</u>, that Claims evidenced by proofs of claim or requests for payment under Bankruptcy Code § 503 (b) (9) are not Excluded Claims;

(iii) Claims arising after the Petition Date;

(iv) Claims previously allowed or paid pursuant to an order of the Bankruptcy Court;

(v) Claims for cure payments if the Debtor assumes a contract pursuant to Bankruptcy Code § 365;

(vi) Claims allowable under Bankruptcy Code §§ 503(b) and 507(a)(2) as expenses of administration;

(vii) Claims arising from rejection of executory contracts or unexpired leases if the order approving rejection is entered less than thirty (30) days before the Bar Date; and

(viii) Claims arising as the result of transfer avoidance pursuant to Chapter 5 of the Bankruptcy Code if the judgment avoiding the transfer is entered less than thirty (30) days before the Bar Date.

7. Any party whose prepetition claim against the Debtor is not listed in the Debtor's Schedules or is listed as "disputed," "contingent" or "unliquidated" and that desires to participate in the Bankruptcy Case or share in any distribution in the Bankruptcy Case, and any party whose prepetition claim is improperly classified in the Schedules or is listed in an incorrect amount and that desires to have its Claim allowed in a classification or amount other than that set forth in the Schedules, must file a proof of claim on or before the Bar Date.

8. For claims arising from rejection of executory contracts or unexpired leases pursuant to Bankruptcy Code § 365, the last day to file a proof of claim is: (a) 30 days after the date of entry of an order authorizing the rejection; or (b) May 20, 2010, whichever is later.

9. For claims arising from the avoidance of a transfer under Chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is: (a) 30 days after the entry of judgment avoiding the transfer, or (b) May 20, 2010, whichever is later.

10. Any person or entity holding an interest ("Interest") in the Debtor (each an "Interest Holder"), which interest is based exclusively upon the ownership of common or preferred stock in the Debtor or warrants or rights to purchase, sell or subscribe to such a security or interest (any such interest being referred to as an "Interest"), need not file a proof of interest on or before the Bar Date; provided, however, that any Interest Holder who wishes to assert a Claim against the Debtor that arises out of or relates to the ownership or purchase of an Interest, including Claims arising out of or relating to the sale, issuance or distribution of the Interest, must file a proof of claim on or prior to the Bar Date, unless another exception set forth herein applies.

11. Claims must be filed on or before the Bar Date, or any amended bar date, as applicable, in the manner described by the Bar Date Notice at the Bankruptcy Court address set forth below:

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION
CLERK OF THE COURT
EDWARD R. ROYBAL FEDERAL BUILDING AND COURTHOUSE
255 EAST TEMPLE STREET, ROOM 940
LOS ANGELES, CA 90012

12. This Court shall retain jurisdiction over all matters arising out of this Order.

# # #

DATED: April 15, 2010

_____
United States Bankruptcy Judge

LANDAU GOTTFRIED
& BERGER LLP

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

A true and correct copy of the foregoing document described
**ORDER (I) ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM OR INTEREST; AND (II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 31, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed*.*
**BY U.S. MAIL**
Honorable Ernest Robles
USBC - Central District of California
255 East Temple Street, Suite 1560
Los Angeles, CA  90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 31, 2010 | Akhtiara Erskine | /s/Akhtiara Erskine |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

LANDAU
GOTTFRIED &
BERGER LLP

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled:
**ORDER (I) ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM OR INTEREST; AND (II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 31, 2010, the following person(s) are currently enrolled in the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| S Margaux Ross | margaux.ross@usdoj.gov |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Jon L.R. Dalberg | jdalberg@lgbfirm.com; kmoss@lgbfirm.com |
| John W. Kim | jkim@nossaman.com |
| Louis J Cisz | lcisz@nixonpeabody.com |
| Rodger M Landau | rlandau@lgbfirm.com, kmoss@lgbfirm.com |

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address)es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

LANDAU
GOTTFRIED &
BERGER LLP

**SERVICE LIST FOR ENTERED ORDER**

**II. BY U.S. MAIL (continued)**

| | |
|---|---|
| **U.S. Trustee**<br>Office of the United States Trustee<br>ATTN: Gary Baddin/ Susan Trevino/ Dare Law<br>725 S. Figueroa St., Ste. 2600<br>Los Angeles, CA 90017 | Grazia M Galuppo<br>27145 Manor Circle<br>Santa Clarita, CA 91354<br><br>Hexagon Securities LLC<br>555 Madison Ave 25th Floor<br>New York, NY 10022 |
| **Debtor**<br>FirstFed Financial Corp.<br>6320 Canoga Ave., Suite 1551<br>Woodland Hills, CA 91367 | HQ Global Workplaces<br>6320 Canoga Avenue Suite 1500<br>Woodland Hills, CA 91367 |
| **Proposed Special Counsel for Debtor**<br>Ivan L. Kallick<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, California 90064 | Manatt Phelps & Phillips LLP<br>695 Town Center Drive 14th Floor<br>Costa Mesa, CA 92626 |
| Ellen R. Marshall<br>MANATT, PHELPS & PHILLIPS, LLP<br>695 Town Center Drive, 14th Floor<br>Costa Mesa, California 92626 | Morrison and Foerster LLP<br>555 West Fifth Street Suite 3500<br>Los Angeles, CA 90013 |
| **Creditors with 20 Largest Claims**<br>Delaware Division of Corporations<br>ATTN Mazie Kramer<br>401 Federal Street, Ste. 4<br>Dover, DE 19901 | Nixon Peabody LLP<br>Catherine Ng, Esq./ Frank Hamblett, Esq.<br>100 Summer Street<br>Boston, Massachusetts 02110 |
| FBR Capital Markets<br>1001 Nineteenth Street North<br>Arlington, VA 22209 | Nixon Peabody LLP<br>ATTN Louis J. Cisz, III<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111 |
| First Federal Bank of California<br>12555 West Jefferson Blvd<br>Los Angeles, CA 90066 | Registrar and Transfer Company<br>ATTN Dan Flynn<br>10 Commerce Drive<br>Cranford, NJ 07016 |
| Grant Thornton LLP<br>1000 Wilshire Blvd Suite 300<br>Los Angeles, CA 90017 | R R Donnelley<br>333 South Grand Ave<br>Los Angeles, CA 90071 |
| Securities and Exchange Commission<br>ATTN: S. Lavigna, Esq.<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036 | Wilmington Trust Company<br>ATTN Patrick Healy<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |

LANDAU
GOTTFRIED &
BERGER LLP

2