| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| NOSSAMAN LLP<br>Allan H. Ickowitz (SBN 80994)<br>John W. Kim (SBN 216251)<br>445 S. Figueroa Street, 31st Floor<br>Los Angeles, California 90071<br>Telephone: (213) 612-7800<br>Facsimile: (213) 612-7801<br>Email: aickowitz@nossaman.com, jkim@nossaman<br>☐ Individual appearing without counsel<br>☒ Attorney for: Federal Deposit Insurance Corporation as Receiver of First Federal Bank of California | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |

| In re: FIRSTFED FINANCIAL CORP., | CHAPTER: 11 |
|---|---|
| | CASE NO.: 2:10-bk-12927-ER |
| Debtor(s). | DATE: September 7, 2010<br>TIME: 10:00 a.m.<br>CTRM: 1568<br>FLOOR: 15 |

# NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (with supporting declarations)
**(MOVANT:** Federal Deposit Insurance Corporation as Receiver of **)**
**(Personal Property)** First Federal Bank of California

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any)("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2. **Hearing Location:**  ☒ 255 East Temple Street, Los Angeles  ☐ 411 West Fourth Street, Santa Ana
   ☐ 21041 Burbank Boulevard, Woodland Hills  ☐ 1415 State Street, Santa Barbara
   ☐ 3420 Twelfth Street, Riverside

3. a. ☒ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b. ☐ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:
   
   ☐ at the hearing    ☐ at least _____ court days before the hearing.
   
   (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).
   
   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.
   
   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response (Optional Court Form F 4001-1M.RES), or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

(Continued on next page)

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-1M.PP
F4001MPP

Motion for Relief from Stay (Personal Property) - *Page 2 of* 5    **F 4001-1M.PP**

| In re <br> FIRSTFED FINANCIAL CORP.,     (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-bk-12927-ER |

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: August 13, 2010

NOSSAMAN LLP
*Print Law Firm Name (if applicable)*

[signature]

ALLAN H. ICKOWITZ
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*     **F 4001-1M.PP**

Motion for Relief from Stay (Personal Property) - Page 3 of 5    **F 4001-1M.PP**

| In re (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| FIRSTFED FINANCIAL CORP.,      Debtor(s). | CASE NO.: 2:10-bk-12927-ER |

# MOTION FOR RELIEF FROM STAY

**(MOVANT:** <u>Federal Deposit Insurance Corporation as Receiver of</u>**)**
<u>First Federal Bank of California</u>

1. **The Property at Issue:** Movant moves for relief from the automatic stay with respect to the following personal property (the "Property"):

   [ ] Vehicle *(describe year, manufacturer, type, and model)*:

   *Vehicle Identification Number:*
   *Location of vehicle (if known):*

   [ ] Equipment *(describe manufacturer, type, and characteristics)*:

   *Serial number(s):*
   *Location (if known):*

   [X] Other Personal Property *(describe type, identifying information, and location)*:
   "Tax Rights" as defined and more fully described in the memorandum of points and authorities in support of this motion.

2. **Case History:**
   a. [X] A voluntary    [ ] An involuntary    petition under Chapter   [ ] 7   [X] 11   [ ] 12   [ ] 13
   was filed on *(specify date)*: January 6, 2010
   b. [ ] An Order of Conversion to Chapter   [ ] 7   [ ] 11   [ ] 12   [ ] 13
   was entered on *(specify date)*:
   c. [ ] Plan was confirmed on *(specify date)*:
   d. [ ] Other bankruptcy cases affecting this Property have been pending within the past two years. See attached Declaration.

3. **Grounds for Relief from Stay:**
   a. [X] Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant the requested relief from stay as follows:
     (1) [ ] Movant's interest in the Property is not adequately protected.
       (a) [ ] Movant's interest in the collateral is not protected by an adequate equity cushion.
       (b) [ ] The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.
       (c) [ ] No proof of insurance re Movant's collateral has been provided to Movant, despite borrower(s)'s obligation to insure the collateral under the terms of Movant's contract with Debtor(s).
       (d) [ ] Payments have not been made as required by an Adequate Protection Order previously granted in this case.
     (2) [ ] The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.
       (a) [ ] Movant is the only creditor or one of very few creditors listed on the master mailing matrix.
       (b) [ ] The Property was transferred to Debtor(s) either just before the bankruptcy filing or since the filing.
       (c) [ ] Non-individual entity was created just prior to bankruptcy filing for the sole purpose of filing bankruptcy.
       (d) [ ] Other bankruptcy cases have been filed asserting an interest in the same Property.
       (e) [ ] The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                           **F 4001-1M.PP**

Motion for Relief from Stay (Personal Property) - Page 4 of 5

F 4001-1M.PP

| In re (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| FIRSTFED FINANCIAL CORP., Debtor(s). | CASE NO.: 2:10-bk-12927-ER |

 (3) ☐ *(Chapter 12 or 13 cases only)*

  (a) ☐ Postconfirmation plan payments have not been made to the standing trustee.

  (b) ☐ Postconfirmation payments required by the confirmed plan have not been made to Movant.

 (4) ☐ The lease has been rejected or deemed rejected by operation of law.

 (5) ☒ For other cause for relief from stay, see attached continuation page. (See Memorandum of Points and Authorities in support of this motion.)

 b. ☐ Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

4. ☐ Movant also seeks annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*

 a. ☐ Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.

 b. ☒ Movant submits the attached supplemental Declaration(s) under penalty of perjury, to provide additional admissible evidence in support of this Motion.

 c. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims and the Property set forth in Debtor(s)'s Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____ .

 d. ☐ Other evidence *(specify)*:

6. ☒ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following** *(specify forms of relief requested)*:

1. ☐ Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to repossess and sell the Property.

2. ☐ Annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

3. Additional provisions requested:

 a. ☒ That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

 b. ☒ That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.

 c. ☐ That Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.

 d. ☒ For other relief requested, see attached continuation page. (See Memorandum of Points and Authorities in support of this motion.)

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-1M.PP

Motion for Relief from Stay (Personal Property) - *Page 5 of* 5     **F 4001-1M.PP**

| In re     (SHORT TITLE)<br>**FIRSTFED FINANCIAL CORP.,**<br>                                                          Debtor(s). | CHAPTER: 11<br>CASE NO.: 2:10-bk-12927-ER |
|---|---|

4. If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

Dated: August 13, 2010

Respectfully submitted,

<u>Federal Deposit Insurance Corporation as Receiver of</u>
*Movant Name* First Federal Bank of California

<u>NOSSAMAN LLP</u>
*Firm Name of Attorney for Movant (if applicable)*

By: _[signature]_
    *Signature*

Name: <u>Allan H. Ickowitz</u>
    *Typed Name of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                             **F 4001-1M.PP**