Ian S. Landsberg (SBN 137431)
Brigitte Gomelsky (SBN 255717)
**LANDSBERG & ASSOCIATES**
**A Professional Law Corporation**
16030 Ventura Boulevard, Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777
E-mail: ilandsberg@landsberg-law.com

Special Counsel for Wilmington Trust Company as Indenture Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>FirstFed Financial Corp.,<br><br>　　　　　　Debtor. | Case No. 2:10-bk-12927-ER<br><br>Chapter 11<br><br>**STATEMENT OF JOINDER OF WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE TO DEBTOR'S OPPOSITION TO FDIC MOTION FOR RELIEF FROM STAY**<br><br>Date: September 7, 2010<br>Time: 10:00 a.m.<br>Ctrm: "1568"<br>　　　255 E. Temple Street<br>　　　Los Angeles, CA |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE AND OTHER INTERESTED PARTIES:**

　　　　Wilmington Trust Company, acting solely in its capacity as Indenture Trustee (when acting in such capacity, the "Indenture Trustee") under the Indentures,[1] for and on behalf of the

---

[1] As used herein, the term "Indentures" means, collectively, the following:

holders of the Debentures and itself, by and through its special counsel, Landsberg & Associates, PC, hereby joins the Debtor's Opposition to FDIC's Motion For Relief From Stay (the "Opposition") and requests that the Court deny the Motion (the "Motion") of the Federal Deposit Insurance Company as receiver (the "FDIC") for the Debtor's wholly-owned subsidiary, First Federal Bank of California (the "Bank") for relief from the automatic stay in order to file a claim for a tax refund and/or loss return for the 2009 tax year.

The Indenture Trustee supports the arguments advanced by the Debtor in its Opposition, which are incorporated by reference as if set forth in full herein. The Debtor is prepared to timely file for and on behalf of the Bank and itself a consolidated federal tax return for the calendar year ended December 31, 2009 and as a result thereof, the FDIC has failed to show cause that relief from the automatic stay is appropriate under these circumstances.

///

///

///

///

---

(a) that certain: Indenture dated as of June 15, 2005, by and between FirstFed Financial Corp. (the "Debtor") and the Indenture Trustee, pursuant to which, among other things, the Debtor issued its Fixed/Floating Rate Senior Debt Securities Due 2015 (the "2015 Debentures") in the original principal aggregate amount principal of Fifty Million and 00/100 Dollars ($50,000,000.00);

(b) that certain Indenture, dated as of December 29, 2005, by and between the Debtor and the Indenture Trustee, pursuant to which, among other things, the Debtor issued its Fixed/Floating Rate Senior Debt Securities Due 2016 (the "2016 Debentures") in the original principal aggregate amount principal of Fifty Million and 00/100 Dollars ($50,000,000.00) and

(c) that certain Indenture, dated as of April 26, 2007, by and between the Debtor and the Indenture Trustee, pursuant to which, among other things, the Debtor issued its Fixed/Floating Rate Senior Debt Securities Due 2017 (the "2017 Debentures")(the 2015 Debentures, the 2016 Debentures and the 2017 Debentures are hereinafter sometimes referred to collectively as the "Debentures") in the original principal aggregate amount principal of Fifty Million and 00/100 Dollars ($50,000,000.00).

| | |
|---|---|
| 1 | The Indenture Trustee hereby expressly reserves the right to supplement its support of the |
| 2 | Opposition as facts and circumstances develop in this case. |

Dated: August 24, 2010        **LANDSBERG & ASSOCIATES**
                              **A Professional Law Corporation**

                              /s/ *Ian S. Landsberg*
                         By: _____
                              Ian S. Landsberg
                              Brigitte Gomelsky
                              Special Counsel for Wilmington Trust Company as
                              Indenture Trustee

| In re: | | CHAPTER 11 |
|---|---|---|
| FirstFed Financial Corp. | Debtor(s). | CASE NUMBER 2:10-bk-12927-ER |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
LANDSBERG & ASSOCIATES,
A Professional Law Corporation
16030 Ventura Boulevard, Suite 470
Encino, CA 91436

A true and correct copy of the foregoing document described **STATEMENT OF JOINDER OF WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE TO DEBTOR'S OPPOSITION TO FDIC MOTION FOR RELIEF FROM STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 24, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Louis J Cisz    lcisz@nixonpeabody.com
- Jon L Dalberg    jdalberg@lgbfirm.com, ncereseto@lgbfirm.com
- Allan H Ickowitz    aickowitz@nossaman.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- John W Kim    jkim@nossaman.com
- Rodger M Landau    rlandau@lgbfirm.com, kmoss@lgbfirm.com
- S Margaux Ross    margaux.ross@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:** On August 24, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 24, 2010 | Rebeca B. Benitez | /s/ Rebeca Benitez |
|---|---|---|
| Date | Type Name | Signature |

| In re: FirstFed Financial Corp. | Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-bk-12927-ER |
|---|---|---|

# SERVICE LIST

**SERVED BY U.S. REGULAR MAIL**

*Honorable Ernest Robles*
USBC - Central District of CA
255 East Temple St, Ste 1560
Los Angeles, CA  90012

*Counsel for Wilmington Trust*
Nixon Peabody LLP
Catherine Ng/ Frank Hamblett
100 Summer Street
Boston, MA  02110

*Counsel for FDIC*
Allan H. Ickowitz
NOSSAMAN LLP
445 South Figueroa St, 31st Fl
Los Angeles, CA 90071

*Office of the US Trustee*
S Margaux Ross
21051 Warner Ctr Ln Ste 115
Woodland Hills, CA 91367

*United States Trustee (LA)*
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

*Attorneys for the Debtor*
Jon L. Dalberg, Esq.
Rodger M. Landau, Esq.
Landau Gottfried & Berger LLP
1801 Century City PK. East, Ste. 1460
Los Angeles, CA  90067