1 | LANDAU GOTTFRIED & BERGER LLP
JON L.R. DALBERG (State Bar No. 128259)
2 | RODGER M. LANDAU (State Bar No. 151456)
SHARON M. KOPMAN (State Bar No. 164449)
3 | 1801 Century Park East, Suite 1460
Los Angeles, California  90067
4 | Telephone: (310) 557-0050
Facsimile: (310) 557-0056
5 | jdalberg@lgbfirm.com
rlandau@lgbfirm.com
6 | skopman@lgbfirm.com

7

Counsel for FirstFed Financial Corp.

8

UNITED STATES BANKRUPTCY COURT

9

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

LOS ANGELES DIVISION

11

12

13 | In re

14 | FIRSTFED FINANCIAL CORP.,

15 |         Debtor and
        Debtor-in-Possession.

Bk. No.  2:10-bk-12927-ER

Chapter 11

**NOTICE OF APPLICATION OF FIRSTFED FINANCIAL CORP. FOR ORDER AUTHORIZING EMPLOYMENT OF CARL W. MCKINZIE, *NUNC PRO TUNC* TO, AND EFFECTIVE AS OF, SEPTEMBER 1, 2010**

[No hearing required unless required per L.B.R. 2014-1(b)(1)(C)]

16

17

18

19

20

21

22

23

24

25

26

27

28

LANDAU
GOTTFRIED &
BERGER LLP

1    **PLEASE TAKE NOTICE THAT** FirstFed Financial Corp. (the "Debtor" or

2    "Applicant") has submitted to the United States Trustee and filed with the United States

3    Bankruptcy Court an application (the "Application") requesting approval to retain and employ

4    Carl W. McKinzie in the above-captioned Chapter 11 case, *nunc pro tunc* to, and effective as of,

5    September 1, 2010, to act as the Debtor's Chief Executive Officer pursuant to the terms of the

6    Engagement Agreement attached as Exhibit "2" to the Declaration of Carl W. McKinzie (the

7    "McKinzie Declaration") filed in support of this Application.

8    **PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Engagement Agreement, Mr.

9    McKinzie is being retained to assist the Debtor with, among other things, the following:

10        (i)    Assisting the Debtor in complying with various administrative and reporting

11    obligations required by the Bankruptcy Code, the Office of the United States Trustee ("OUST") and

12    the Securities and Exchange Commission during the Debtor's bankruptcy case;

13        (ii)    Preparing various pleadings and other filings with the assistance of outside counsel;

14        (iii)    Cooperating in the investigation and prosecution of potential claims;

15        (iv)    Addressing federal, state and local tax issues, including the evaluation of federal tax

16    loss carry backs;

17        (v)    Maintaining and safeguarding the Company's files, records, and filings;

18        (vi)    Developing and executing legal strategies with the assistance of outside counsel;

19        (vii)    Assisting the Debtor in fulfilling the fiduciary duties required of a debtor-in-

20    possession; and

21        (viii)    Handling other matters that may arise in connection with the Bankruptcy Case and

22    the ultimate disposition of the Debtor.

23    Mr. Mckinzie has some 40+ years experience as a corporate transactional attorney advising

24    private and public corporations of various sizes in different industries on among other things,

25    mergers and acquisitions, securities transactions and implementation of complex financing. He also

26    frequently advises boards of directors and special committees of boards of directors on various

27    corporate issues, including but not limited to corporate governance issues. As reflected in the

28

LANDAU
GOTTFRIED &
BERGER LLP

1  McKinzie Declaration, Mr. McKinzie is well qualified to provide the types of services set forth in

2  the Engagement Agreement, which are highlighted above.

3       **PLEASE TAKE FURTHER NOTICE** that the Debtor proposes to pay Mr. McKinzie a

4  fixed monthly sum of twenty thousand dollars ($20,000) for its services, together with any reasonable

5  and necessary out-of-pocket expenses incurred, including, without limitation, the costs of

6  transportation, telephone, copying, and messenger services.

7       **PLEASE TAKE FURTHER NOTICE** that upon written request, you may obtain a copy of

8  the Application from Debtor's counsel, whose information is on the upper left hand portion of the

9  above caption.

10      **PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rules 2014-1(b)(3) and

11  9013-1 require that any response to the Application and request for a hearing must be filed with the

12  Bankruptcy Court and served upon the Debtor, its counsel, and the Office of the United States Trustee

13  within fourteen (14) days of the date of mailing of this notice.  Failure to timely file and serve such

14  response and request for hearing may result in any response being deemed waived and the Court

15  entering an order approving the Application without a hearing pursuant to Local Bankruptcy Rules

16  2014-1and 9013-1.

17

18  Dated:  September 20, 2010          LANDAU GOTTFRIED & BERGER LLP

19                                     JON L.R. DALBERG
                                       RODGER M. LANDAU
20                                     SHARON M. KOPMAN

21                                     By
                                          Jon L.R. Dalberg
22                                        Counsel for First Federal Financial
                                          Corporation
23

24

25

26

27

28

LANDAU
GOTTFRIED &
BERGER LLP

| In re:<br><br>FirstFed Financial Corp.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-bk-12927-ER |
| --- | --- |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

A true and correct copy of the foregoing document described
**NOTICE OF APPLICATION OF FIRSTFED FINANCIAL CORP. FOR ORDER AUTHORIZING
EMPLOYMENT OF CARL W. MCKINZIE, *NUNC PRO TUNC* TO, AND EFFECTIVE AS OF,
SEPTEMBER 1, 2010**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)**
in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling
General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF
and hyperlink to the document. On September 20, 2010 I checked the CM/ECF docket for this bankruptcy case or
adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive
NEF transmission at the email address(es) indicated below:

| | |
| --- | --- |
| Louis J Cisz | lcisz@nixonpeabody.com |
| Allan H Ickowitz | aickowitz@nossaman.com |
| Ivan L Kallick | ikallick@manatt.com, ihernandez@manatt.com |
| John W Kim | jkim@nossaman.com |
| Ian Landsberg | ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com |
| Joel S. Miliband | jmiliband@rusmiliband.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 20, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the
United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the
judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the
document is filed.

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I
served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such
service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 20, 2010 | Katherine Moss | |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
**9013-3.1**                                                                                                                **F**

| In re:<br><br>FirstFed Financial Corp.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-bk-12927-ER |
|---|---|

## II. SERVED BY U.S. MAIL

Honorable Ernest Robles
USBC - Central District of California
255 East Temple Street, Suite 1560
Los Angeles, CA 90012

**U.S. Trustee**
Office of the United States Trustee
ATTN: Gary Baddin/ Susan Trevino/ Dare Law
725 S. Figueroa St., Ste. 2600
Los Angeles, CA 90017

**Debtor**
FirstFed Financial Corp.
4000 Barranca Parkway, Ste. 250
Irvine, CA 92604

Carl W. McKinzie
FirstFed Financial Corp.
10900 Wilshire Blvd, Ste. 850
Los Angeles, CA 90024

**Special Counsel for Debtor**
Ellen R. Marshall
MANATT, PHELPS & PHILLIPS, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, California 92626

Howard Grobstein
15233 Ventura Blvd, 9th Floor
Sherman Oaks, CA 91403-2201

**Parties of Interest**
Herbert Kunowski
Wilson Elser Moskowitz Edelman
555 S Flower St, Ste 2900
Los Angeles, CA 90071

**Creditors with 20 Largest Claims**
Delaware Division of Corporations
ATTN Mazie Kramer
401 Federal Street, Ste. 4
Dover, DE 19901

FBR Capital Markets
1001 Nineteenth Street North
Arlington, VA 22209

First Federal Bank of California
12555 West Jefferson Blvd
Los Angeles, CA 90066

Securities and Exchange Commission
ATTN: S. Lavigna, Esq.
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

Grant Thornton LLP
1000 Wilshire Blvd Suite 300
Los Angeles, CA 90017

Grazia M Galuppo
27145 Manor Circle
Santa Clarita, CA 91354

Hexagon Securities LLC
555 Madison Ave 25th Floor
New York, NY 10022

HQ Global Workplaces
6320 Canoga Avenue Suite 1500
Woodland Hills, CA 91367

Manatt Phelps & Phillips LLP
695 Town Center Drive 14th Floor
Costa Mesa, CA 92626

Morrison and Foerster LLP
555 West Fifth Street Suite 3500
Los Angeles, CA 90013

Nixon Peabody LLP
Catherine Ng, Esq./ Frank Hamblett, Esq.
100 Summer Street
Boston, Massachusetts 02110

Registrar and Transfer Company
ATTN Dan Flynn
10 Commerce Drive
Cranford, NJ 07016

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
**9013-3.1**

F

| In re:                          | CHAPTER 11 | **F** |
|---------------------------------|------------|-------|
| FirstFed Financial Corp.        |            |       |
| Debtor(s).                      | CASE NUMBER 2:10-bk-12927-ER | |

R R Donnelley
333 South Grand Ave
Los Angeles, CA 90071

Wilmington Trust Company
ATTN Patrick Healy
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F**

**9013-3.1**