Nossaman LLP
Allan H. Ickowitz (SBN 80994)
John W. Kim (SBN 216251)
445 S. Figueroa Street, 31st Floor
Los Angeles, California 90071
Telephone: 213.612.7800
Facsimile: 213.612.7801

and

Kathryn R. Norcross, Senior Counsel
Merritt A. Pardini, Counsel
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive, VS-D-7066
Arlington, Virginia 22226
Telephone: (703) 562-6079

Attorneys for the Federal Deposit Insurance Corporation
as Receiver of First Federal Bank of California,
a Federal Savings Bank

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIRSTFED FINANCIAL BANCORP., | Case No: 2:10-bk-12927-ER |
| Debtor and Debtor-in-Possession. | **RESPONSE AND STATEMENT OF POSITION OF THE FDIC AS RECEIVER OF FIRST FEDERAL BANK OF CALIFORNIA TO CONFIRMATION OF DEBTOR'S "*PLAN OF LIQUIDATION DATED AS OF JANUARY 5, 2011*" [Dkt No. 137]** |
| | CONFIRMATION HEARING |
| | Date: March 29, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 1675<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

403635_1.DOC

## TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER PARTIES ENTITLED TO NOTICE:

1. On December 18, 2001, First Federal Bank of California, a Federal Saving Bank (the "Bank") was closed by the Office of Thrift Supervision, and the Federal Deposit Insurance Corporation was appointed as the receiver of the Bank ("FDIC-R"). FirstFed Financial Corp. ("Debtor") was the Bank's holding company.

2. The FDIC-R, a creditor of the above-referenced debtor, by and through its counsel, Nossaman LLP, hereby submits the following Response and Statement of Position to the "*Plan of Liquidation dated as of January 5, 2011* (the "Plan")" [Dkt. No. 137], filed by the Debtor. Previously, the FDIC-R communicated to Debtor's counsel a number of limited objections to the Plan. The FDIC-R provided these objections informally to the Debtor based on its desire to avoid litigation and conserve judicial resources. Based on good faith negotiations between counsel for the FDIC-R and the Debtor, the parties have resolved all of the limited objections. A redlined copy of the modified Plan that addresses the FDIC-R's concerns (the "Modified Plan") is attached hereto as **Exhibit A**.

3. The Debtor's counsel has advised the FDIC-R that he will file the Modified Plan, without any further revisions unless agreed to by the FDIC-R, on or before March 18, 2011, and that the Debtor will substitute the Modified Plan for the Plan and seek confirmation of the Modified Plan. The Debtor will move to confirm the Modified Plan subject to court approval. The FDIC-R reserves all rights related to the confirmation of the Modified Plan, superseding the Plan in its entirety. Specifically, to the extent that any portion of the Modified Plan is subject to objection by any other parties in interest or any further revisions which may impact the FDIC-R, the FDIC-R reserves the right to respond further prior to or at the hearing on the confirmation of the Modified Plan.

Dated: March 2, 2011

NOSSAMAN LLP
ALLAN H. ICKOWITZ
JOHN W. KIM

By: _____
ALLAN H. ICKOWITZ
Attorneys for the Federal Deposit Insurance Corporation as Receiver for First Federal Bank of California, a Federal Savings Bank